NUMBER 13-05-149-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

ALEJANDRO PEREZ MATA,                                               Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 197th District Court 
of Cameron County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, ALEJANDRO PEREZ MATA, attempted to perfect an appeal from a
judgment entered by the 197th District Court of Cameron County, Texas. Sentence
in this cause was imposed on March 23, 2004. An untimely motion for new trial was
filed on April 23, 2004. The notice of appeal was due to be filed on April 22, 2004,
but was not filed until July 20, 2004. Said notice of appeal is untimely filed.          Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notice
of appeal and a motion requesting an extension of time within such period. 
         The Court, having considered the documents on file and appellant's failure to
timely perfect his appeal, is of the opinion that the appeal should be dismissed for
want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                        PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 7th day of April, 2005.